IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      v.                                        Case No. 3:99cr98/RV

**KEVIN LASHAWN GROOMS**
_____/

## ORDER REDUCING SENTENCE

Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc.66/51 ) The Government has certified defendant Grooms' subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Grooms' sentence and judgment entered herein on April 18, 2000, is hereby amended and his sentence of imprisonment is reduced from a term of Life to a term of two hundred four months (204) months followed by five (5) years of supervised release. In all other respects, the defendant's judgment of April 18, 2000 (doc. 42), remains in full force and effect.

DONE AND ORDERED this 26th day of June, 2006.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **Senior U.S. District Judge**